Reversed and Remanded and Opinion filed December 2, 2004









Reversed and Remanded and Opinion filed December 2,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00460-CV

____________

 

JOHN McKEE, TRUSTEE, Appellant

 

V.

 

RAY L. PACE, Appellee

 



 

On Appeal from the
240th District Court

Fort Bend
County, Texas

Trial Court Cause No.
03-CV-128595

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgement signed March 31, 2004.

On November 23, 2004,  the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court for entry of a judgment in accordance with the parties=s Rule 11 agreement dated October 21,
2004.

PER CURIAM

Judgment rendered and Opinion
filed December 2, 2004.

Panel consists of Chief Justice Hedges ans Justices Fowler and
Seymore.